United States District Court
Southern District of Texas
**ENTERED**
December 17, 2020
David J. Bradley, Clerk



Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br>    *ex rel.* Donna Mendez & Selina Rushing, § <br>    and Selina Rushing, Individually; § <br> § <br> STATE OF TEXAS *ex rel.* § <br> Donna Mendez & Selina Rushing, § <br> § <br>    Plaintiffs, § <br> § <br> v. § <br> § <br> Doctors Hospital at Renaissance, Ltd., *et al.* § <br> § <br>    Defendants. § | NO. 4:11-CV-02565 |

## ORDER ON RELATORS' UNOPPOSED MOTION TO UNSEAL

This matter comes before the Court on Relators Donna Mendez and Selina Rushing's unopposed motion to unseal. The United States and the State of Texas have not intervened in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, and do not oppose Relators' motion to unseal. Accordingly, it is HEREBY ORDERED that:

1. The complaint be unsealed and served upon Defendants by Relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for the Complaint, this Order, and the United States' Notice That It is Not Intervening At This Time, which Relators will serve upon Defendants after service of the complaint;

3. The seal is hereby lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of Texas, as provided in 31 U.S.C. § 3730(c)(3). The United States and the State of Texas may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the State of Texas;

6. All orders of this Court shall be sent to the United States and State of Texas; and

7. If Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, they shall solicit the written consent of the United States and the State of Texas and shall file such written consent with the Court.

It is so ORDERED.

SIGNED on this 17th day of December, 2020.

Kenneth M. Hoyt
United States District Judge