# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § *ex rel.* Donna Mendez & Selina § Rushing and Selina Rushing, § Individually; § § STATE OF TEXAS *ex rel.* § Donna Mendez & Selina Rushing, § Plaintiffs, § v. § § Doctors Hospital at Renaissance, Ltd., *et al.* § Defendants. § | Case No. 4:11-cv-02565 Judge Kenneth M. Hoyt |

## [PROPOSED] ORDER GRANTING DEFENDANT DR. VICTOR HADDAD'S MOTION TO DISMISS

On May 19, 2021, Defendant Dr. Victor Haddad ("Dr. Haddad") filed a motion to dismiss Relators' Amended Complaint under Federal Rules of Civil Procedure 12(b)(6) and 9(b). The Court has carefully considered the parties' arguments. For good cause shown,

It is **ORDERED, ADJUDGED, and DECREED** that Dr. Haddad's Motion to Dismiss is hereby in all things **GRANTED**, and Relators' claims against Dr. Haddad are **DISMISSED WITH PREJUDICE**.

Signed this _____ day of _____ 2021.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

1087669.1