United States District Court
Southern District of Texas
**ENTERED**
May 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONNA MENDEZ and SELINA RUSHING and STATE OF TEXAS, *et al*, | § § § § § § § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:11-CV-02565 |
| | § § |
| DOCTORS HOSPITAL AT RENAISSANCE, LTD., *et al*, | § § § § |
| Defendants. | § |

**ORDER GRANTING DEFENDANTS CHIESI USA, INC. AND
EKR THERAPEUTICS LLC'S AGREED MOTION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT**

On May 21, 2021, defendants Chiesi USA, Inc. ("Chiesi") and EKR Therapeutics LLC ("EKR"), along with Relators, filed an agreed motion to extend the time to respond to Relators' Amended Complaint up to and including June 8, 2021.

Upon good cause shown, it is, therefore, ORDERED that the Agreed Motion for Extension of Time to Respond to Amended Complaint is hereby GRANTED. Chiesi and EKR have until and including June 8, 2021 to file a response to Relators' Amended Complaint.

It is so ORDERED.

SIGNED on this 24th day of May, 2021.

_____
Kenneth M. Hoyt
United States District Judge