# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* Donna Mendez & Selina Rushing and § <br> Selina Rushing, Individually; § <br> § <br> § <br> STATE OF TEXAS *ex rel.* § <br> Donna Mendez & Selina Rushing, § <br>     Plaintiffs, § <br> v. § <br> § <br> Doctors Hospital at Renaissance, Ltd., *et al.* § <br>     Defendants. § <br> § | Case No. 4:11-cv-02565 |

## NOTICES OF APPEARANCE

PLEASE TAKE NOTICE that Karima G. Maloney, Samantha Jarvis, and Jacquelyn R. Rex of the law firm of Smyser Kaplan & Veselka, L.L.P., hereby enter their appearances on behalf of Defendants Lone Star National Bank and Lone Star National Bancshares-Texas, Inc. Lee L. Kaplan will remain Attorney-in-Charge. All further notices, copies of pleadings, motions and any other materials pertinent to this cause of action should be served upon:

    Karima G. Maloney (Fed. Bar No. 649984)
    State Bar No. 24041383
    Samantha Jarvis (Fed Bar No. 2774222)
    State Bar No. 24089238
    Jacquelyn R. Rex (Fed. Bar No. 3160021)
    State Bar No. 24098317
    717 Texas Avenue, Suite 2800
    Houston, Texas 77002
    (713) 221-2300 (phone)
    (713) 221-2320 (fax)
    kmaloney@skv.com
    sjarvis@skv.com
    jrex@skv.com

Dated: May 27, 2021

Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

*/s/ Lee L. Kaplan*
Lee L. Kaplan
State Bar No. 11094400 (Fed. Bar No. 1840)
*Attorney-in-Charge*
Karima G. Maloney (Fed. Bar No. 649984)
State Bar No. 24041383
Samantha Jarvis (Fed Bar No. 2774222)
State Bar No. 24089238
Jacquelyn R. Rex (Fed. Bar No. 3160021)
State Bar No. 24098317
717 Texas Avenue, Suite 2800
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
lkaplan@skv.com
kmaloney@skv.com
sjarvis@skv.com
jrex@skv.com

**Walsh McGurk Cordova Nixon**
Weldon G. "Beau" Nixon, Jr.
State Bar No. 24047278
Michael A. McGurk
State Bar No. 00797746
1506 S. Lone Star Way, Ste. 10
(956) 632-5000 (phone)
(956) 632-55050 (fax)
bnixon@wmcnlaw.com
mmcgurk@wmcnlaw.com

**ATTORNEYS FOR DEFENDANTS LONE STAR NATIONAL BANK and LONE STAR NATIONAL BANCSHARES-TEXAS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Jacquelyn R. Rex*
Jacquelyn R. Rex