# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    *ex. rel.* Donna Mendez & Selina Rushing,<br>    and Selina Rushing, Individually, | § § § § | |
| STATE OF TEXAS *ex. rel.*<br>Donna Mendez & Selina Rushing, | § § § | NO. 4:11-CV-02565 |
| Plaintiffs, | § § | |
| v. | § § | |
| Doctors Hospital at Renaissance, Ltd., *et al.* | § § | |
| Defendants. | § § | |

### DEFENDANT ALONZO CANTU'S MOTION IN SUPPORT OF [133] MOTION IN OPPOSITION TO UNITED STATES' [131] MOTION FOR LEAVE TO FILE A STATEMENT OF INTEREST

Defendant Alonzo Cantu respectfully opposes the Government's motion for leave to file a statement of interest by August 20, 2021 for the same reasons as Defendants Doctors Hospital at Renaissance, Ltd. and RGV Med, LLC and joins their motion. *See* Dkt. 133.

If the Court grants the United States' request to file a statement of interest, Alonzo Cantu requests an opportunity to submit a response to the United States' submission.

Dated:  July 20, 2021				Respectfully submitted,

By: */s/ Robert Rivera, Jr.*
Robert Rivera, Jr.
State Bar No. 16958030
S.D. Adm. No. 13262
rrivera@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666

*Attorney-in-Charge for Alonzo Cantu*

OF COUNSEL:

Shawn L. Raymond
State Bar No. 24009236
S.D. Adm. No. 26202
sraymond@susmangodfrey.com
Adam Tisdall
State Bar No. 24106885
atisdall@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666

## CERTIFICATE OF SERVICE

I certify that on July 20, 2021, a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

/s/ Adam Tisdall
Adam Tisdall