IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *ex rel.* Donna Mendez & Selina Rushing,<br>    and Selina Rushing, Individually;<br><br>STATE OF TEXAS *ex rel.*<br>Donna Mendez & Selina Rushing,<br><br>    Plaintiffs,<br><br>v.<br><br>Doctors Hospital at Renaissance, Ltd., *et al.*,<br><br>    Defendants. | §§§§§§§§§§§§§§<br><br>NO. 4:11-CV-02565 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Rebecca L. Gibson *previously* of the law firm Berg & Androphy, hereby provides notice to the Court and Counsel that she withdrawing her appearance as counsel for Plaintiff/Relators Donna Mendez and Selina Rushing. Ms. Gibson is no longer a practicing attorney with the law firm of Berg & Androphy. Joel M. Androphy of Berg & Androphy and Anthony G. Buzbee of The Buzbee Law Firm continue as attorneys-of-record and Ms. Gibson's withdrawal has no bearing on that continued representation.

Respectfully submitted,

*/s/ Rebecca L. Gibson*
**Rebecca L. Gibson**
Texas State Bar No. 24092418
Rebecca@HedrickKring.com
**HEDRICK KRING, PLLC**
808 Travis Street, Suite 540
Houston, Texas 77002
Tel:    (832) 871-3370
Fax:    (281) 529-7677