IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DONNA MENDEZ AND SELINA RUSHING<br><br>STATE OF TEXAS, *ex rel.* DONNA MENDEZ AND SELINA RUSHING,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS HOSPITAL AT RENAISSANCE, LTD., *et al*<br><br>Defendants. | Civil Action No. 4:11-cv-02565 |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Assistant Attorney General Brent Cockerham hereby enters his appearance as to the State of Texas, in place of Assistant Attorney General Susan J. Arenella, the presently listed attorney for the State of Texas. AAG Cockerham's address and contact information appears below.

Dated: December 7, 2021

                Respectfully submitted,

                KEN PAXTON
                Attorney General of Texas

                BRENT WEBSTER
                First Assistant Attorney General

                GRANT DORFMAN
                Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

*/s/ Brent Cockerham*
Brent Cockerham
Assistant Attorney General
Texas Bar No. 24090037
S.D. Tex. I.D. No. 3669040
Office of the Attorney General of Texas
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 936-1289
Fax: (512) 936-0674
ATTORNEYS FOR THE STATE OF TEXAS

## **CERTIFICATE OF SERVICE**

      I certify on December 7, 2021, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                    */s/ Brent Cockerham*
                                                    Brent Cockerham