UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *ex rel*, *et al*, § § § Plaintiffs, § VS. § DOCTORS HOSPITAL AT RENAISSANCE, § LTD., *et al*, § § Defendants. § § § | CIVIL ACTION NO. 4:11-CV-02565 |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day, the Court considered the Motion for Withdrawal of Attorneys Enu Mainigi and Ashley W. Hardin from their representation of defendants Lone Star National Bank and Lone Star National Bancshares-Texas, Inc. in this matter (Dkt. No. 120). The Court, having considered the motion, together with the court file and the applicable law, determines that the motion should be GRANTED. Accordingly, it is, therefore, ORDERED as follows:

1. Enu Mainigi and Ashley W. Hardin and the law firm of the law firm Williams & Connolly LLP, are permitted to withdraw as counsel of record for defendants Lone Star National Bank and Lone Star National Bancshares-Texas, Inc. Ms. Mainigi and Ms. Hardin remain counsel of record for Defendants Doctors Hospital at Renaissance, Ltd. and RGV Med, LLC.

2. Lee L. Kaplan and Karima G. Maloney of Smyser Kaplan & Veselka, L.L.P. and Weldon Nixon and Michael McGurk of Walsh McGurk Cordova Nixon, PLLC will be designated as counsel of record for defendants Lone Star National Bank and Lone Star National Bancshares-Texas, Inc.

It is so ORDERED.

SIGNED on this 10th day of January, 2022.

_____
Kenneth M. Hoyt
United States District Judge