UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA MENDEZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-02565 |
| | § | |
| DOCTORS HOSPITAL AT RENAISSANCE, | § | |
| LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' DOCTORS HOSPITAL AT RENAISSANCE, LTD'S AND RGV MED, LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

On March 10, 2022, defendants Doctors Hospital at Renaissance, Ltd. and RGV Med, LLC (collectively, "DHR") filed a consent motion to suspend the deadline for them to answer the non-dismissed claims in Relators' Amended Complaint and extend the deadline for them to respond to Relators' forthcoming Second Amended Complaint.

It is, therefore, ORDERED that DHR's consent motion for extension of time to respond to Amended Complaint is hereby in all things GRANTED, the deadline for DHR to answer the Amended Complaint is SUSPENDED, and DHR shall have 45 days from the date the Second Amended Complaint is served to file a response to Relators' Second Amended Complaint.

It is so ORDERED.

SIGNED on March 31, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge