IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Mendez, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br><br> DOCTORS HOSPITAL AT RENAISSANCE, LTD., *et al.,* <br><br> *Defendants.* | CAUSE NO. 4:21-CV-2565 |

**PLAINTIFFS DONNA MENDEZ AND SELINA RUSHING'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)[1], Plaintiffs Donna Mendez and Selina Rushing respectfully submit this Notice of Partial Dismissal of the following defendants, with prejudice. This Notice is being filed before any of the following defendants have filed an answer to the Second Amended Complaint or a motion for summary judgment.

1. Dr. Victor Haddad
2. S. David Deanda, Sr.
3. Dr. Lawrence Gelman
4. Dr. Ricardo Martinez
5. Dr. Subbarao Yarra
6. EKR Therapeutics, LLC

---

[1] "Rule 41(a) permits a plaintiff to dismiss just one defendant, 'even though the action against another defendant would remain pending.'" National City Golf Finance v. Scott, 899 F.3d 412, 415 n.3 (5th Cir. 2018) quoting Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 253 (5th Cir. 1973)).

7. Chiesi USA, Inc.

                        Respectfully submitted,

                        */s/ Anthony G. Buzbee*
                        Anthony G. Buzbee
                        Attorney in Charge
                        Texas Bar No. 24001820
                        SDTX ID No. 22679
                        tbuzbee@txattorneys.com
                        The Buzbee Law Firm
                        JPMorgan Chase Tower
                        600 Travis St, Suite 7300
                        Houston, Texas  77002
                        Tel: (713) 223-5393
                        Fax: (713) 223-5909

**OF COUNSEL:**
David L. Bergen
Texas Bar No. 24097371
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis St, Suite 7300
Houston, Texas  77002
Tel: (713) 223-5393
Fax: (713) 223-5909

*/s/ Joel Androphy*
Joel M. Androphy (TX Bar No. 01254700)
Janis Gorton (TX Bar No. 24071063)
Berg & Androphy
3704 Travis Street
Houston, Texas 77002
Email: jandrophy@bafirm.com
Email: jgorton@bafirm.com
Telephone (713) 529-5622
Facsimile (713) 529-3785

/s/ *Ricardo A. Barrera*
Ricardo A. Barrera (TX Bar No. 24071959)
The Barrera Law Firm, P.C.
1314 East Harrison Street
Harlingen, Texas 78550
1005 Marquette Ave NW
Email: ricardo.a.barrera@gmail.com
Telephone (956) 428-2822
Facsimile: (956) 428-2842
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above was served via the Court's CM/ECF system on April 1, 2022.

                                  */s/ Anthony G. Buzbee*
                                  Anthony G. Buzbee