United States District Court
Southern District of Texas
**ENTERED**
July 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONNA MENDEZ, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:11-CV-02565 |
| § | |
| DOCTORS HOSPITAL AT RENAISSANCE, § | |
| LTD., *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**
**FOR OPPOSITION AND REPLY BRIEFS**

On May 26, 2022, Relators and Defendants Doctors Hospital at Renaissance, Ltd. and RGV Med, LLC filed a joint motion to extend Relators' deadline to respond to DHR's Motion to Dismiss Second Amended Complaint (Dkt. No. 158) until Friday, June 3, 2022, and extend DHR's deadline to file their reply until Friday, June 17, 2022.

It is, therefore, **ORDERED, ADJUDGED, and DECREED** that the Joint Motion is hereby in all things **GRANTED**, and Relators have until June 3, 2022 to respond to DHR's Motion to Dismiss Second Amended Complaint, and DHR has until June 17, 2022 to file its reply in support of its Motion to Dismiss Second Amended Complaint.

It is so ORDERED.

SIGNED on July 6, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge