IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Mendez, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br><br> DOCTORS HOSPITAL AT RENAISSANCE, LTD., *et al.,* <br><br> *Defendants.* | § § § § § § § § § § § § § § CAUSE NO. 4:21-CV-2565 |

**RELATORS' MOTION FOR PARTIAL DISMISSAL OF COUNTS I, II, AND IV OF RELATORS' SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 41(a)(2), Relators Donna Mendez and Selina Rushing, respectfully submit this motion requesting an Order of this Court dismissing with prejudice Counts I, II, and IV of Relators' Second Amended Complaint brought under the False Claims Act and the Texas Medicaid Fraud Prevention Act (*See* Relators' Second Amended Complaint at ¶¶ 293-314 and 318-332; ECF 151). Pursuant to the Rules of Civil Procedure, Relators seek approval of this dismissal prior to any counterclaims or interrelated claims have been brought by any other parties that would make dismissal of Relators' claims in Counts I, II, and IV of Relators' Second Amended Complaint impractical.

Further, Relators intend for this motion to only dismiss Counts I, II, and IV of Relators' Second Amended Complaint, Relators do not intend to dismiss the claims for retaliation brought by Relator Rushing in Count III of Relators' Second Amended Complaint.

WHEREFORE, Relators respectfully request that the Court grant their Motion for Partial Dismissal, issue an order dismissing Counts I, II, and IV of Relators' Second Amended Complaint with prejudice, and for such other relief to which they are entitled.

RESPECTFULLY SUBMITTED on March 17, 2025.

           */s/ Anthony G. Buzbee*
           Anthony G. Buzbee
           Attorney in Charge
           Texas Bar No. 24001820
           SDTX ID No. 22679
           tbuzbee@txattorneys.com
           The Buzbee Law Firm
           JPMorgan Chase Tower
           600 Travis St, Suite 7300
           Houston, Texas 77002
           Tel: (713) 223-5393
           Fax: (713) 223-5909
           **COUNSEL FOR RELATORS**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Relators conferred with counsel for Defendants Doctors Hospital at Renaissance, Ltd. and RGV Med., LLC via email, and confirmed that they are unopposed to the relief requested in the foregoing motion.

           */s/ Anthony G. Buzbee*
           Anthony G. Buzbee

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was served via the Court's CM/ECF system on March 17, 2025.

           */s/ Anthony G. Buzbee*
           Anthony G. Buzbee